U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 2 4 2005

ROBERT H. SHEMWELL, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| JAMES TOWNSEND | CIVIL ACTION NO. 05-720-P |
|---|---|
| VERSUS | JUDGE HICKS |
| WARDEN TIM WILKINSON | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

Shreveport, Louisiana, on this 23rd day of August, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE